UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BELHAVEN SHIPYARD & MARINA, INC. | :<br>:<br>:<br>: C.A. No.: 1:23-cv-11690-WGY-DLC<br>: |
| Plaintiff, | : |
| v. | : |
| VANISH MARINE HOLDINGS, LLC, <u>in personam,</u> and the VANISH, a 2021 Yacht 60 motor yacht (Official #1327819), and its engine, furnishings, contents, and appurtenances, etc., <u>in rem</u>, | : |
| Defendants. | : |

## **NOTICE OF SETTLEMENT PER L.R. 68.2**

Plaintiff Bellhaven Shipyard & Marina, Inc. and Defendants VANISH MARINE HOLDINGS, LLC, *in personam*, and the VANISH, a 2021 Silent Yacht 60 motor yacht (Official # 1327819), and its engine, furnishings, contents and appurtenances, etc., *in rem*, give notice that subject to reaching an agreement on the form and content of settlement documents and subject to disbursement of settlement funds, the Parties have reached a settlement this morning and anticipate filing a Stipulation of Dismissal within 28 days hereof per L.R. 68.2.

// Signature Page Follows //

Dated: October 17, 2023

        BELHAVEN SHIPYARD & MARINA, INC.

        By its attorneys,

        Fulweiler llc

        /s/ John Fulweiler
        _____
        Erin M. McEntee, Esq. (#695395)
        John K. Fulweiler (PHV 08/03/2023)
        W.B. Franklin Bakery Building
        40 Mary Street
        Newport, RI 02840
        Telephone: 401-667-0977
        E-mail: emcentee@fulweilerlaw.com


        VANISH MARINE HOLDINGS, LLC, *in personam*, and the VANISH, a 2021 Silent Yacht 60 motor yacht (Official # 1327819), and its motors, contents and appurtenances, etc., *in rem*,

        By their attorneys,

        Wiggin and Dana LLP

        /s/ Laura Ann K. Froning
        _____
        Laura Ann K. Froning (# 693770)
        One Century Tower
        265 Church Street
        New Haven, CT 06510
        Telephone: 203-498-4390
        E-mail: lfroning@wiggin.com

**CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on October 17, 2023.

/s/ John Fulweiler

By: _____

John K. Fulweiler